ACCEPTED
03-15-00435-CR
7733790
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-15-00435-CR

| | | |
|---|---|---|
| Desmond F. Moore . | § | IN THE THIRD COURT |
| v. | § | OF APPEALS |
| State of Texas | § | TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNDER THE AUTHORITY OF T.R.A.P 10.5

TO THE HONORABLE COURT OF APPEALS

COMES NOW, Appellant's counsel and files this First Motion for Extension of Time to file Appellant's Brief. The brief was due October 16, 2015. Counsel for Appellant requests a sixty day extension in order to complete the brief and research all issues. Counsel for Appellant anticipates that the brief will be completed sooner but requests the additional time out of an abundance of caution. Appellant has not had a previous extension.

WHEREFORE, Counsel for Appellant requests that the deadline to file Appellant's brief be extended to December 16, 2015.

.

Eric McDonald
Attorney for Appellant
State Bar No. 00792684
2303 RR 620 South #135-443
Lakeway, TX. 78734
Phone (512) 294-5665
Emcdonald2@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been Furnished to the Attorney for the State presently assigned to this case, via first class mail.

Date: November 9, 2015

Eric McDonald